**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **UNILOC USA, INC. and UNILOC (SINGAPORE) PRIVATE LIMITED,**<br><br>Plaintiffs,<br><br>v.<br><br>**ABBYY USA Software House, Inc., et.al.**<br><br>Defendants. | **CIVIL ACTION NO. 6:09cv538**<br><br><br><br>**JURY TRIAL DEMANDED** |

**ORDER**

The Court has considered Plaintiffs' Stipulation of Dismissal of Defendant WORDsearch Corp, L.L.C. ("Stipulation") and is of the opinion that the Stipulation should be APPROVED.

Accordingly, it is ORDERED that

1. Any and all claims by Plaintiffs Uniloc USA, Inc. and Uniloc (Singapore) Private Limited are dismissed with prejudice from the case.

2. Any and all counterclaims by Defendant WORDsearch Corp, L.L.C. are dismissed with prejudice from the case.

3. Plaintiffs Uniloc USA, Inc. and Uniloc (Singapore) Private Limited, and Defendant WORDsearch Corp, L.L.C. shall each bear their own attorney's fees, expenses and costs.

4. Plaintiffs' complaint as to all other defendants is not impacted by this stipulation and dismissal.

**So ORDERED and SIGNED this 21st day of December, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**