## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **UNILOC USA, INC., et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **No. 6:09cv538-LED-JDL** |
| | § | |
| **ABBYY USA Software House, Inc., et al.,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

## <u>FINAL JUDGMENT</u>

Pursuant to the dismissal of all Defendants, the Court hereby enters Final Judgment. Plaintiffs Uniloc USA, Inc. and Uniloc (Singapore) Private Limited (collectively "Plaintiffs") filed suit against thirteen (13) Defendants in this case on November 30, 2009.  Since that time, all Defendants have been dismissed: ABBYY USA Software House, Inc. (Doc. No. 156); CommonTime, Inc. (Doc. No. 113); No Magic, Incorporated (Doc. No. 165); GFI USA, Inc., d/b/a GFI Software USA (Doc. No. 163); Systran Software, Inc. (Doc. No. 73); Systran U.S.A. Inc., (Doc. No. 73); WORDsearch Corp, L.L.C. (Doc. No. 173); T.A.L. Technologies, Inc., d/b/a TALtech (Doc. No. 55); CIOview Corp. (Doc. No. 74); Punch Software LLC (Doc. No. 125); Maketech Systems, Inc., d/b/a Docudesk Corporation (Doc. No. 84); Kidasa Software, Inc. (Doc. No. 157); and InternetSafety.com, Inc. (Doc. No. 104).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**.  All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 3rd day of January, 2011.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**